Charles M. Louderback, SBN 88788
Stacey L. Pratt, SBN 124892
LOUDERBACK LAW GROUP
44 Montgomery Street, Suite 2970
San Francisco, CA  94104
Telephone:  (415) 615-0200
Facsimile:   (415) 233-4775
E-Mail:       clouderback@louderbackgroup.com
                 spratt@louderbackgroup.com

Attorneys for Plaintiff
MINERVA LORENZO


SEYFARTH SHAW LLP
Camille A. Olson (SBN 111919)
*colson@seyfarth.com*
Richard B. Lapp (SBN 271052)
*rlapp@seyfarth.com*
2029 Century Park East, Suite 3500
Los Angeles, California 90067
Telephone:     (310) 277-7200
Facsimile:      (310) 201-5219

131 South Dearborn Street, Suite 2400
Chicago, Illinois 60603
Telephone:     (312) 460-5000
Facsimile:      (312) 460-7914

SEYFARTH SHAW LLP
Cassandra H. Carroll (SBN 209123)
*ccarroll@seyfarth.com*
560 Mission Street, 31st Floor
San Francisco, California 94105
Telephone:     (415) 397-2823
Facsimile:      (415) 397-8549

Attorneys for Defendant
CONTINENTAL CASUALTY COMPANY

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MINERVA LORENZO,<br><br>            Plaintiff,<br>       v.<br><br>CONTINENTAL CASUALTY COMPANY, an Illinois Corporation, and DOES 1 through 30 inclusive.<br><br>            Defendants. | **Case No.    3:13-cv-05986-RS**<br><br>**STIPULATION AND [PROPOSED] ORDER DISMISSING ACTION WITH PREJUDICE**<br><br>(Case Removed from San Francisco Superior Court December 30, 2013) |

STIPULATION AND [PROPOSED] ORDER DISMISSING ACTION WITH PREJUDICE
CASE NO. 3:13-cv-05986-RS

- 2 -

1   IT IS HEREBY STIPULATED by and between the parties to this action, through their
2 counsel of record, that the above-captioned case be dismissed with prejudice pursuant to Federal
3 Rules of Civil Procedure, rule 41(a)(1).  Each party to bear its own fees and costs.

DATED:  August 7, 2014                                              LOUDERBACK LAW GROUP

                                                                    By:  /s/ *Charles M. Louderback*
                                                                              Charles M. Louderback
                                                                              Stacey L. Pratt
                                                                              Attorneys for Plaintiff
                                                                              MINERVA LORENZO

DATED:  August 7, 2014                                              SEYFARTH SHAW LLP

                                                                    By:  /s/ *Cassandra H. Carroll*
                                                                              Camille A. Olson
                                                                              Richard B. Lapp
                                                                              Cassandra H. Carroll
                                                                              Attorneys for Defendant
                                                                              CONTINENTAL CASUALTY
                                                                              COMPANY

### CONSENT TO ELECTRONIC FILING

Pursuant to General Order 45, paragraph X.B., I hereby attest that Cassandra H. Carroll, a registered ECF user whose user ID and password will not be utilized in the filing of the STIPULATION AND [PROPOSED] ORDER DISMISSING ACTION WITH PREJUDICE, concurred in the filing.

DATED:  August 7, 2014                                              LOUDERBACK LAW GROUP

                                                                    By:   /s/ *Charles M. Louderback*
                                                                              Charles M. Louderback
                                                                              Stacey L. Pratt
                                                                              Attorneys for Plaintiff
                                                                              MINERVA LORENZO

- 3 -

**[PROPOSED] ORDER**

Pursuant to the above stipulation, IT IS HEREBY ORDERED that this matter is dismissed with prejudice, each party to bear its own fees and costs.

Date: August 8, 2014

_____
Hon. Richard Seeborg
UNITED STATES DISTRICT COURT JUDGE